Pennsylvania courts apply the state or federal procedures?

Lawrence S. HERMAN, D.C., Nachas, Inc., Jason H. Herman, Mitchell Chiropractic Center, and Thomas C. Mitchell, D.C., Petitioners

v.

HIGHMARK, INC. d/b/a Highmark Blue Cross Blue Shield, and Pennsylvania Blue Shield, Respondents.

Supreme Court of Pennsylvania.

March 14, 2007.

***ORDER***

PER CURIAM.

The Petition for Allowance of Appeal is hereby GRANTED. It is also ordered that the order of the Commonwealth Court is Vacated and the matter is Remanded to the Commonwealth Court for reconsideration in light of *Ciamaichelo v. Independence Blue Cross,* 589 Pa. 415, 909 A.2d 1211 (2006).

LOCKHEED MARTIN CORPORATION, Integrated Systems and Solutions Division, Appellant,

v.

PENNSYLVANIA STATE POLICE, Appellee.

Supreme Court of Pennsylvania.

March 19, 2007.

***ORDER***

PER CURIAM.

AND NOW, this 19th day of March, 2007, the above captioned appeal is quashed.